DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA REFUGIA MEDINA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>MARIA REFUGIO MEDINA-SANCHEZ,<br><br>  Defendant. | NO. 1:09-cr-0072 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: September 25, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 11, 2009, **may be continued to September 25, 2009 at 9:00 A.M.**

   This reason for the continuance is to permit further plea negotiations and investigation regarding venue. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

////

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            LAWRENCE BROWN
                                            United States Attorney

DATED: September 9, 2009          By:   /s/ *Susan Phan*
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: September 9, 2009          By:   /s/ *Ann H. Voris*
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Maria Refugio Medina-Sanchez




## **O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). Good cause exists due to the unusual issue regarding venue. Good cause is not provided for the need for further negotiations, absent a reason given that the negotiations have not already taken place. The Court draws the inference that the venue issue is at the center of further negotiations. GRANTED. IT IS SO ORDERED.

**Dated:   September 9, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE