DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA REFUGIO MEDINA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-0072 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |
| v. ) | |
| MARIA REFUGIO MEDINA-SANCHEZ, ) | Date:  October 30, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 25, 2009, **may be continued to October 30, 2009, at 9:00 a.m.**

This reason for the continuance is because the defense is awaiting documents that could possibly show a venue or jurisdictional issue for Ms. Medina-Sanchez. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
////

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                  LAWRENCE BROWN
                                                  United States Attorney

DATED:  September 24, 2009        By:   /s/ Susan Phan
                                                  SUSAN PHAN
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff


                                                  DANIEL J. BRODERICK
                                                  Federal Defender


DATED:  September 24, 2009        By:   /s/ Ann H. Voris
                                                  ANN H. VORIS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  MARIA REFUGIO MEDINA-SANCHEZ
```

**O R D E R**

Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 24, 2009**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                                  −2−